## F. W. POPHAM et al. v. REEVES COUNTY WATER IMPROVEMENT DIST. NO. 1 et al. (No. 1514.)

(Court of Civil Appeals of Texas. El Paso. Nov. 15, 1923.)

Appeal from District Court, Reeves County; Chas. Gibbs, Judge.

Palmer & Russell and H. G. Russell, all of Pecos, for plaintiffs in error.

J. E. Starley, of Dallas, for defendants in error.

HIGGINS, J. The decision in cause No. 1519, W. F. Wilson v. Reeves County Water Improvement District No. 1, 256 S. W. 346, this day decided, rules the questions presented by this appeal. Upon the authority of that case the judgment from which this appeal is prosecuted is affirmed.